IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANY ROGERS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-507 |
| | : | |
| SCHOOL DISTRICT OF PHILA. | : | |

# ORDER

**AND NOW**, this 18th day of October 2023, upon considering defendant's partial motion to dismiss (DI 10), plaintiff's requests (DI 11, 12), and for reasons in the accompanying Memorandum, it is **ORDERED** defendant's partial motion to dismiss (DI 10) is **GRANTED** and we **dismiss** Ms. Rogers's PHRA claim with leave for Ms. Rogers to amend her complaint consistent with our Memorandum, if the facts allow her to do so, no later than **November 8, 2023**.

MURPHY, J.